UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS COYNE, MACOMB COUNTY
EMPLOYEES' RETIREMENT SYSTEM and
INTER-LOCAL PENSION FUND GCC/IBT,
on behalf of themselves and all others similarly
situated

      v.                         3:08cv1135   (SRU)

GENERAL ELECTRIC COMPANY,
JEFFREY R. IMMELT, and KEITH S.
SHERIN,

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 15, 2010, entered a Ruling on Motion to Dismiss, granting defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of July 2010.

                                         ROBERTA D. TABORA, Clerk

                                         By   /s/ Barbara Sbalbi
                                                   Deputy Clerk

Entered on Docket _____