UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS A. COYNE et al., on Behalf of Themselves and All Others Similarly Situated, ) ) | Lead Case No. 3:08-cv-01135-SRU **(Consolidated)** |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| GENERAL ELECTRIC COMPANY, et al, | |
| Defendants. | |

NOTICE OF APPEAL

576631_1

- 1 -

Notice is hereby given that lead plaintiffs, Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment, entered July 28, 2010, and all prior orders including, but not limited to, the July 15, 2010, order dismissing with prejudice plaintiffs' first consolidated amended complaint.

DATED: August 26, 2010

ROBBINS GELLER RUDMAN & DOWD LLP
ANDREW J. BROWN (phv03021)
BRIAN O. O'MARA (phv03134)
MAUREEN E. MUELLER (phv03020)

_____
ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

SHEPHERD FINKELMAN MILLER & SHAH, LLP
PATRICK A. KLINGMAN
65 Main Street
Chester, CT  06412-1311
Telephone:  860/526-1100
860/526-1120 (fax)

Liaison Counsel

- 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.  That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2.  That on August 26, 2010, declarant served the **NOTICE OF APPEAL** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.  That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this twenty-sixth day of August, at San Diego, California.

_____
KAREN E. COOK

576631_1

General Electric 08
United States District Court, District of Connecticut
Manual Service List  (080198-00001)

**Attorneys for Plaintiffs:**

Andrew J. Brown
Brian O'Mara
Maureen E. Mueller
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Patrick A. Klingman
Shepard, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412

David Randell Scott
Scott & Scott LLP
156 South Main Street
Post Office Box 192
Colchester, CT 06415

Arthur L. Shingler, III
Scott & Scott, LLP
600 B Street, Suite 1500
San Diego, CA 92101

Nancy A. Kulesa
Izard Nobel, LLP
29 South Main Street, Suite 215
West Hartford, CT 06107

**Attorneys for Defendants:**

Greg A. Danilow
Paul Dutka
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119

John Higgins Kane
Robinson & Cole
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901-2249

Melissa Sullivan
Nathan Zezula
Robinson & Cole
695 East Main Street
Stamford, CT 06901

**Other Service:**

The Honorable Stefan R. Underhill
United States District Judge
for the District of Connecticut
Brien McMahon Federal Building
915 Lafayette Boulevard, Suite 411
Bridgeport, CT  06604

576675_1