APPEAL, CLOSED, EFILE, LEAD

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01135-SRU

| | |
|---|---|
| Coyne et al v. General Elec Co et al | Date Filed: 07/30/2008 |
| Assigned to: Judge Stefan R. Underhill | Date Terminated: 07/15/2010 |
| Member case: (View Member Case) | Jury Demand: Plaintiff |
| Cause: No cause code entered | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Thomas A. Coyne**  
*o/b/o himself & all others similarly situated*

represented by **Nancy A. Kulesa**  
Izard Nobel, LLP-CT  
29 South Main Street  
Suite 215  
West Hartford, CT 06107  
860-493-6292  
Fax: 860-493-6290  
Email: nkulesa@izardnobel.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan W. Coyne**  
*o/b/o herself & all others similarly situated*  
*TERMINATED: 01/16/2009*

represented by **Nancy A. Kulesa**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Inter-Local Pension Fund GCC/IBT**

represented by **Andrew J. Brown**  
Robbins Geller Rudman & Dowd LLP-SD,CA  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
619-231-1058  
Fax: 619-231-7423  
Email: andrewb@rgrdlaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Brian O'MaraO.**  
Robbins Geller Rudman & Dowd LLP-SD,CA  
655 West Broadway, Suite 1900

San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: bo'mara@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen E. Mueller**
Robbins Geller Rudman & Dowd LLP-SD,CA
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: mmueller@csgrr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Klingman**
Shepard, Finkelman, Miller & Shah, LLP Chester CT
65 Main Street
Chester, CT 06412
860-526-1100
Fax: 860-526-1120
Email: pklingman@sfmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
Robbins Geller Rudman & Dowd LLP-SD,CA
655 West Broadway, Suite 1900
San Diego, CA 92101
619-231-1058
Fax: 619-231-7423
Email: ramzia@csgrr.com
*TERMINATED: 06/04/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Macomb County Employees' Retirement System** | represented by | **Andrew J. Brown** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Brian O'MaraO.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maureen E. Mueller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Klingman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramzi Abadou**
(See above for address)
*TERMINATED: 06/04/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Amalye Calvert**  represented by  **Arthur L. Shingler , III**
*o/b/o herself & all others similarly*  Scott & Scott, LLP-CA
*situated*  600 B Street, Suite 1500
San Diego, CA 92101
619-233-4565
Fax: 619-233-0508
Email: ashingler@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Randell Scott**
Scott & Scott LLP - CT
156 South Main Street
P. O. Box 192
Colchester, CT 06415
860-537-5537
Fax: 860-537-4432
Email: drscott@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **General Elec Co** | represented by | **Greg A. Danilow** <br> Weil, Gotshal & Manges <br> 767 Fifth Ave. <br> New York, NY 10153-0119 <br> 212-310-8000 <br> Email: greg.danilow@weil.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **John Higgins Kane** <br> Robinson & Cole <br> 1055 Washington Boulevard <br> 9th Floor <br> Stamford, CT 06901-2249 <br> 203-462-7500 <br> Fax: 203-462-7599 <br> Email: jkane@rc.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Melissa Sullivan** <br> Robinson & Cole <br> 695 East Main St. <br> Stamford, CT 06901 <br> 203-462-7517 <br> Fax: 203-462-7599 <br> Email: msullivan@rc.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Nathan Zezula** <br> Robinson & Cole LLP, Stamford <br> 1055 Washington Boulevard <br> Stamford, CT 06901 <br> 203-462-7562 <br> Fax: 203-462-7599 <br> Email: nzezula@rc.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Paul Dutka** <br> Weil, Gotshal & Manges, LLP - NY <br> 767 Fifth Avenue <br> New York, NY 10153-0119 <br> 212-310-8949 |

                                        Email: Paul.Dutka@Weil.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeffrey R. Immelt**      represented by    **Greg A. Danilow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                        **John Higgins Kane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Melissa Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Nathan Zezula**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Paul Dutka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keith S. Sherin**      represented by    **Greg A. Danilow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                        **John Higgins Kane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                        **Melissa Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Zezula**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Dutka**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **John C Stacey** | represented by | **Michael H. Rudy**<br>Michael H. Rudy, Attorney at Law<br>87 Rising Ridge Road<br>Ridgefield, CT 06877<br>203-431-2269<br>Email: mrudy11@comcast.net<br>*TERMINATED: 04/06/2009*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2008 | [1](#) | COMPLAINT against all defendants ( Filing fee $ 350 receipt number H026119), filed by Thomas A. Coyne, Susan W. Coyne.(Bauer, J.) (Entered: 07/31/2008) |
| 07/30/2008 | [2](#) | Order on Pretrial Deadlines: Motions to Dismiss due on 10/30/2008. Amended Pleadings due by 9/28/2008 Discovery due by 1/29/2009 Dispositive Motions due by 2/28/2009. Signed by Clerk on 7/30/08. (Bauer, J.) (Entered: 07/31/2008) |
| 07/30/2008 | [3](#) | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Mark R. Kravitz on 7/30/08. (Bauer, J.) (Entered: 07/31/2008) |
| 07/30/2008 | | Summons Issued as to General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Bauer, J.) (Entered: 07/31/2008) |
| 08/06/2008 | [4](#) | ORDER OF TRANSFER. Case reassigned to Judge Stefan R. Underhill for all further proceedings. Signed by Judge Mark R. Kravitz on 8/6/08. (Brown, S.) (Entered: 08/06/2008) |
| 09/03/2008 | [5](#) | SUMMONS Returned Executed by Thomas A. Coyne, Susan W. Coyne. General Elec Co served on 8/6/2008, answer due 8/26/2008. (Kulesa, Nancy) (Entered: 09/03/2008) |
| 09/25/2008 | | Second summons Issued as to Jeffrey R. Immelt, Keith S. Sherin. (Grady, B.) (Entered: 09/25/2008) |
| 09/26/2008 | [6](#) | First MOTION for Extension of Time *to file an* Amended Complaint [2](#) Order |

|  |  |  |
|---|---|---|
|  |  | on Pretrial Deadlines by Thomas A. Coyne, Susan W. Coyne. (Kulesa, Nancy) (Entered: 09/26/2008) |
| 09/29/2008 | 7 | NOTICE of Appearance by Patrick A. Klingman on behalf of Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System (Klingman, Patrick) Text Modified on 9/30/2008 (Bauer, J.). (Entered: 09/29/2008) |
| 09/29/2008 | 8 | MOTION for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel Order by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Patrick A. Klingman, # 3 Exhibit A to Klingman Declaration, # 4 Exhibit B to Klingman Declaration, # 5 Exhibit C to Klingman Declaration, # 6 Exhibit D to Klingman Declaration, # 7 Exhibit E to Klingman Declaration, # 8 Text of Proposed Order)(Klingman, Patrick) (Entered: 09/29/2008) |
| 09/29/2008 | 9 | NOTICE of Appearance by Michael H. Rudy on behalf of John C Stacey (Rudy, Michael) (Entered: 09/29/2008) |
| 09/29/2008 | 10 | MOTION for for consolidation, to appoint lead plaintiff and for approval of lead counsel Order by John C Stacey. (Attachments: # 1 Proposed Order, # 2 Memorandum of Law, # 3 Declaration of Michael H. Rudy, # 4 Exhibit A (certification), # 5 Exhibit B (notice), # 6 Exhibit C (loss chart), # 7 Exhibit D (Schiffrin Barroway Topaz & Kessler, LLP biography), # 8 Exhibit E (Grant & Eisenhofer P.A. biography), # 9 Exhibit F (Michael H. Rudy biography)) (Rudy, Michael) (Entered: 09/29/2008) |
| 09/29/2008 | 11 | MOTION to Appoint Counsel *Appoint Lead Plaintiffs and Consolidate Related Cases* by Thomas A. Coyne, Susan W. Coyne. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Complaint, # 3 Exhibit Loss Chart, # 4 Exhibit Notice, # 5 Exhibit Resume, # 6 Exhibit Resume, # 7 Memorandum in Support Memo, # 8 Text of Proposed Order Proposed Order)(Kulesa, Nancy) (Entered: 09/29/2008) |
| 09/29/2008 | 12 | MOTION to Appoint Lead Counsel, MOTION to Consolidate Cases. Case to be consolidated with 3:08cv1338 CFD (Responses due by 10/20/2008, ) by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. [additional relief requested in motion 8](Bauer, J.) (Entered: 09/30/2008) |
| 09/29/2008 | 13 | MOTION to Appoint Lead Counsel, MOTION to Consolidate Cases. Case to be consolidated with 3:08cv1338 CFD (Responses due by 10/20/2008, ) by John C Stacey. [additional relief requested in motion 10](Bauer, J.) (Entered: 09/30/2008) |
| 09/29/2008 | 14 | MOTION to Consolidate Cases. Case to be consolidated with 3:08cv1338 CFD (Responses due by 10/20/2008, ), MOTION for appoint lead plaintiff Order by Thomas A. Coyne, Susan W. Coyne. [additional relief requested in motion 11] (Bauer, J.) (Entered: 09/30/2008) |
| 10/02/2008 | 17 | MOTION for Leave to Appear as Visiting Lawyer Attorney Ramzi Abadou. Filing Fee $25.00. Receipt Number B016694. by Inter-Local Pension Fund |

| | | |
|---|---|---|
| | | GCC/IBT and Macomb County Employees' Retirement System. (Rigon-Binns, J.) Modified on 10/6/2008 to correct filed date (Rigon-Binns, J.). (Entered: 10/06/2008) |
| 10/03/2008 | 15 | NOTICE of Appearance by Melissa Sullivan on behalf of General Elec Co, Jeffrey R. Immelt, Keith S. Sherin (Sullivan, Melissa) (Entered: 10/03/2008) |
| 10/03/2008 | 16 | NOTICE of Appearance by John Higgins Kane on behalf of General Elec Co, Jeffrey R. Immelt, Keith S. Sherin (Kane, John) (Entered: 10/03/2008) |
| 10/06/2008 | 18 | ORDER granting 17 Motion for Admission of Ramzi Abadou to Appear as Visiting Lawyer. Signed by Clerk on 10/06/2008. (Rigon-Binns, J.) (Entered: 10/06/2008) |
| 10/07/2008 | 19 | ORDER granting 8 Motion for Order consolidating cases. 3:08cv1135 shall be consolidated with 3:08cv1338. Signed by Judge Stefan R. Underhill on 10/7/08. (Sbalbi, B.) (Entered: 10/07/2008) |
| 10/07/2008 | 20 | ORDER denying as moot 10 Motion for Order to consolidate cases. Signed by Judge Stefan R. Underhill on 10/7/08. (Sbalbi, B.) (Entered: 10/07/2008) |
| 10/07/2008 | 21 | ORDER denying as moot 14 Motion to Consolidate Cases. Signed by Judge Stefan R. Underhill on 10/7/08. (Sbalbi, B.) (Entered: 10/07/2008) |
| 10/07/2008 | 22 | ORDER denying as moot 12 Motion to Consolidate Cases. Signed by Judge Stefan R. Underhill on 10/7/08. (Sbalbi, B.) (Entered: 10/07/2008) |
| 10/07/2008 | 23 | ORDER denying as moot 13 Motion to Consolidate Cases. Signed by Judge Stefan R. Underhill on 10/7/08. (Sbalbi, B.) (Entered: 10/07/2008) |
| 10/07/2008 | 24 | Joint STIPULATION *and ORDER* by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin.and all plaintiffs (Kane, John) Filers Modified on 10/8/2008 (Bauer, J.). (Entered: 10/07/2008) |
| 10/08/2008 | 25 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Stefan R. Underhill on 10/8/08. (Bauer, J.) (Entered: 10/08/2008) |
| 10/08/2008 | 26 | ORDER approving 24 Stipulation filed by Keith S. Sherin, Susan W. Coyne, Jeffrey R. Immelt, General Elec Co, Thomas A. Coyne. Signed by Judge Stefan R. Underhill on 10/8/08. (Sbalbi, B.) (Entered: 10/08/2008) |
| 10/10/2008 | 27 | NOTICE OF CONSOLIDATION. Signed by Clerk on 10/10/2008. (Rigon-Binns, J.) (Entered: 10/10/2008) |
| 10/14/2008 | 28 | NOTICE of Appearance by Ramzi Abadou on behalf of Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System (Abadou, Ramzi) (Entered: 10/14/2008) |
| 10/14/2008 | 29 | SUMMONS Returned Executed by Thomas A. Coyne, Susan W. Coyne. Keith S. Sherin served on 9/26/2008, answer due 10/16/2008. (Kulesa, Nancy) (Entered: 10/14/2008) |
| 10/14/2008 | 30 | SUMMONS Returned Executed by Thomas A. Coyne, Susan W. Coyne. Jeffrey R. Immelt served on 9/26/2008, answer due 10/16/2008. (Kulesa, |

|  |  | Nancy) (Entered: 10/14/2008) |
|---|---|---|
| 10/20/2008 | 31 | Memorandum in Opposition *re 10 Motion for Consolidation, to appoint lead plaintiff and for approval of lead counsel; and* re 11 MOTION to Appoint Counsel *Appoint Lead Plaintiffs and Consolidate Related Cases*, 13 MOTION to Appoint Counsel MOTION to Consolidate Cases. Case to be consolidated with 3:08cv1338 CFD, 14 MOTION to Consolidate Cases. Case to be consolidated with 3:08cv1338 CFD MOTION for appoint lead plaintiff Order filed by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. (Attachments: # 1 Exhibit "A")(Klingman, Patrick) (Entered: 10/20/2008) |
| 10/22/2008 | 32 | ORDER granting 6 Motion for Extension of Time to file an Amended Complaint. Signed by Judge Stefan R. Underhill on 10/22/08. (Sbalbi, B.) (Entered: 10/22/2008) |
| 10/22/2008 | 33 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 11/25/2008 at 3:30 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. Please see attached calendar for further details. (Sbalbi, B.) (Entered: 10/22/2008) |
| 10/27/2008 | 34 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephone Status Conference set for 10/29/2008 at 4:00 PM before Judge Stefan R. Underhill. Counsel for plaintiff shall initiate phone call to chambers (203) 579-5714. (Sbalbi, B.) (Entered: 10/27/2008) |
| 10/28/2008 | 35 | NOTICE by John C Stacey re 10 & 13 MOTION to Appoint Lead Counsel, MOTION to Consolidate Cases, MOTION to appoint lead plaintiff *Notice of Withdrawal of the Motion of Dr. John C. Stacey to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel* (Rudy, Michael) Links Modified on 10/29/2008 and 10/30/08 (Bauer, J.). (Entered: 10/28/2008) |
| 10/28/2008 | 38 | MOTION for Leave to Appear Pro Hac Vice - Attorney Greg A. Danilow. Filing Fee $25.00. Receipt Number B016847. by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Attachments: # 1 Affidavit of Greg A. Danilow) (Rigon-Binns, J.) (Entered: 10/31/2008) |
| 10/29/2008 | 42 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephone Status Conference held on 10/29/2008. 15 minutes(Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered: 11/13/2008) |
| 10/30/2008 | 36 | MOTION for Leave to Appear Pro Hac Vice - Attorney Andrew J. Brown and Maureen E. Mueller. Filing Fee $50.00. Receipt Number B016857. by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. (Rigon-Binns, J.) (Entered: 10/31/2008) |
| 10/30/2008 | 40 | MOTION for Leave to Appear to as a Visiting Lawyer - Attorney Arthur L. Shingler. Filing Fee $25.00. Receipt Number N025911. by Amalye Calvert. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit of Arthur Shingler)(Rigon-Binns, J.) (Entered: 10/31/2008) |
| 10/31/2008 | 37 | ORDER granting 36 Motion to Appear Pro Hac Vice - Maureen E. Mueller and Andrew J. Brown. Signed by Clerk on 10/31/2008. (Rigon-Binns, J.) (Entered: 10/31/2008) |
| 10/31/2008 | 39 | ORDER granting 38 Motion to Appear Pro Hac Vice Attorney Greg A. Danilow for General Elec Co, Jeffrey R. Immelt and Keith S. Sherin added.. Signed by Clerk on 10/31/2008. (Rigon-Binns, J.) (Entered: 10/31/2008) |
| 10/31/2008 | 41 | ORDER granting 40 Motion to Appear as a Visiting Lawyer Attorney Arthur L. Shingler, III for Amalye Calvert added.. Signed by Clerk on 10/31/2008. (Rigon-Binns, J.) Modified on 10/31/2008 to correct filed date (Rigon-Binns, J.). (Entered: 10/31/2008) |
| 11/13/2008 | 43 | NOTICE of Appearance by Maureen E. Mueller on behalf of Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System (Mueller, Maureen) (Entered: 11/13/2008) |
| 11/13/2008 | 44 | NOTICE of Appearance by Andrew J. Brown on behalf of Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System (Brown, Andrew) (Entered: 11/13/2008) |
| 11/18/2008 | 45 | ORDER re 33 Calendar Entry. Motion hearing scheduled for 11/25/08 is cancelled. Signed by Judge Stefan R. Underhill on 11/18/08. (Sbalbi, B.) (Entered: 11/18/2008) |
| 11/19/2008 | 46 | STIPULATION *and Proposed Scheduling Order* by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System.AND ALL DEFENDANTS (Mueller, Maureen) Filers Modified on 11/20/2008 (Bauer, J.). (Entered: 11/19/2008) |
| 12/01/2008 | 47 | ORDER approving 46 Stipulation and proposed scheduling order. Signed by Judge Stefan R. Underhill on 12/1/08. (Sbalbi, B.) (Entered: 12/01/2008) |
| 12/18/2008 | 48 | Amended STIPULATION *and Order* by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System, General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Mueller, Maureen) (Entered: 12/18/2008) |
| 12/29/2008 | 49 | ORDER approving 48 Stipulation filed by Keith S. Sherin, Jeffrey R. Immelt, General Elec Co, Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. Signed by Judge Stefan R. Underhill on 12/29/08. (Sbalbi, B.) (Entered: 12/29/2008) |
| 01/07/2009 | 50 | MOTION for Leave to Appear Pro Hac Vice by Attorney Brian O. O'Mara. Filing Fee $25.00. Receipt Number B017204 by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. (Heard, J.) (Entered: 01/09/2009) |
| 01/09/2009 | 51 | ORDER granting 50 Motion to Appear Pro Hac Vice by Attorney Brian O. O'Mara. Signed by Clerk on 1/9/09. (Heard, J.) (Entered: 01/09/2009) |
| 01/16/2009 | 52 | AMENDED COMPLAINT *Consolidated Complaint for Violation of Federal* |

| | | |
|---|---|---|
| | | *Securities Laws* against General Elec Co, Jeffrey R. Immelt, Keith S. Sherin, filed by Inter-Local Pension Fund GCC/IBT and Macomb County Employees' Retirement System. (Attachments: # 1 Exhibit Notice of Manual Filing)(Brown, Andrew) (Additional attachment(s) added on 1/22/2009: # 2 main document) (Bauer, J.). (Entered: 01/16/2009) |
| 02/13/2009 | 53 | NOTICE re filing Report of Parties Planning Meeting by March 5, 2009. Signed by Clerk on 2/13/09. (Sbalbi, B.) (Entered: 02/13/2009) |
| 03/05/2009 | 54 | Joint MOTION for Extension of Time until 30 days after Court rules on Motion to Dismiss re: Local Rule 26(f) Requirements 53 Notice by Macomb County Employees' Retirement System, Thomas A. Coyne, Inter-Local Pension Fund GCC/IBT, John C Stacey, Susan W. Coyne, General Elec Co, Jeffrey R. Immelt, Keith S. Sherin, Amalye Calvert. (Attachments: # 1 Certificate of Service)(Kane, John) (Entered: 03/05/2009) |
| 03/05/2009 | 55 | Corporate Disclosure Statement */Rule 7.1 Statement* by General Elec Co. (Attachments: # 1 Certificate of Service)(Kane, John) (Entered: 03/05/2009) |
| 03/05/2009 | 56 | MOTION for Michael H. Rudy to Withdraw as Attorney by John C Stacey. (Rudy, Michael) (Entered: 03/05/2009) |
| 03/06/2009 | 57 | ORDER granting 54 Motion for Extension of Time for 30 days after Court's ruling on Motion to Dismiss (not yet filed) to file Report of Parties Planning Meeting. Signed by Judge Stefan R. Underhill on 3/6/09. (Sbalbi, B.) (Entered: 03/06/2009) |
| 03/12/2009 | 58 | MOTION for Leave to File Excess Pages *Memorandum of Law in Support of Motion to Dismiss Consolidated Amended Complaint not to exceed 45 pages* by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Attachments: # 1 Certificate of Service)(Kane, John) Text Modified on 3/13/2009 (Bauer, J.). (Entered: 03/12/2009) |
| 03/13/2009 | 59 | ORDER granting 58 Motion for Leave to File Excess Pages. Signed by Judge Stefan R. Underhill on 3/13/09. (Sbalbi, B.) (Entered: 03/13/2009) |
| 03/13/2009 | 60 | MOTION to Dismiss *Consolidated Amended Complaint* by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin.Responses due by 4/3/2009 (Attachments: # 1 Certificate of Service)(Kane, John) (Entered: 03/13/2009) |
| 03/13/2009 | 61 | Memorandum in Support re 60 MOTION to Dismiss *Consolidated Amended Complaint* filed by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Attachments: # 1 Table of Contents, # 2 Table of Authorities, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Certificate of Service, # 12 Exhibit D-1, # 13 Exhibit D-2)(Kane, John) (Entered: 03/13/2009) |
| 03/16/2009 | 62 | CERTIFICATE OF SERVICE by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin re 61 Memorandum in Support of Motion, (Kane, John) (Entered: 03/16/2009) |
| 03/17/2009 | 63 | NOTICE of Appearance by Nathan Zezula on behalf of General Elec Co, Jeffrey R. Immelt, Keith S. Sherin (Zezula, Nathan) (Entered: 03/17/2009) |
| | | |

| | | |
|---|---|---|
| 03/27/2009 | 64 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing set for 6/18/2009 at 2:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. Please see attached calendar for further details. (Sbalbi, B.) (Entered: 03/27/2009) |
| 03/31/2009 | 65 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephone Conference set for 4/3/2009 at 2:00 PM before Judge Stefan R. Underhill. Counsel for plaintiff shall initiate phone call to chambers (203) 579-5714. (Sbalbi, B.) (Entered: 03/31/2009) |
| 04/03/2009 | | Minute Entry for proceedings held before Judge Stefan R. Underhill: Telephone Status Conference held on 4/3/2009. 5 minutes (Sbalbi, B.) (Entered: 05/11/2009) |
| 04/06/2009 | 66 | ORDER granting 56 Motion to Withdraw as Attorney. Attorney Michael H. Rudy terminated. Signed by Judge Stefan R. Underhill on 4/6/09. (Shonka, N.) (Entered: 04/06/2009) |
| 04/27/2009 | 67 | Memorandum in Opposition *PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT* re 60 MOTION to Dismiss *Consolidated Amended Complaint* filed by Macomb County Employees' Retirement System, Inter-Local Pension Fund GCC/IBT. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Brown, Andrew) (Entered: 04/27/2009) |
| 05/26/2009 | 68 | MOTION for Leave to File Excess Pages *Reply Memorandum (Unopposed)* by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Attachments: # 1 Certificate of Service)(Kane, John) (Entered: 05/26/2009) |
| 05/27/2009 | 69 | ORDER granting 68 Motion for Leave to File Excess Pages. Signed by Judge Stefan R. Underhill on 5/27/09. (Sbalbi, B.) (Entered: 05/27/2009) |
| 05/29/2009 | 70 | REPLY to Response to 60 MOTION to Dismiss *Consolidated Amended Complaint* filed by General Elec Co, Jeffrey R. Immelt, Keith S. Sherin. (Attachments: # 1 Exhibit Screen Shot)(Zezula, Nathan) (Entered: 05/29/2009) |
| 06/01/2009 | 71 | MOTION for Ramzi Abadou to Withdraw as Attorney by Macomb County Employees' Retirement System, Inter-Local Pension Fund GCC/IBT. (Brown, Andrew) (Entered: 06/01/2009) |
| 06/04/2009 | 72 | ORDER granting 71 Motion to Withdraw as Attorney. Attorney Ramzi Abadou terminated. Signed by Judge Stefan R. Underhill on 6/4/09. (Sbalbi, B.) (Entered: 06/04/2009) |
| 06/09/2009 | 73 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Motion Hearing rescheduled for 7/8/2009 at 10:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Sbalbi, B.) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 06/09/2009) |
| 07/08/2009 | 74 | TRANSCRIPT of Proceedings held on 10/29/08 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. Type of Hearing: Telephone Conference. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 7/29/2009. Redacted Transcript Deadline set for 8/8/2009. Release of Transcript Restriction set for 10/6/2009. (Catucci, S.) (Entered: 07/08/2009) |
| 07/08/2009 | 75 | Minute Entry. Proceedings held before Judge Stefan R. Underhill: Motion Hearing held on 7/8/2009 re 60 MOTION to Dismiss. Oral ruling issued by Judge Underhill taking under advisement 60 Motion to Dismiss. Total Time: 1 hour(Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered: 07/08/2009) |
| 03/23/2010 | 76 | NOTICE by Thomas A. Coyne, Inter-Local Pension Fund GCC/IBT, Macomb County Employees' Retirement System *Notice of Firm Name Change* (Brown, Andrew) (Entered: 03/23/2010) |
| 07/15/2010 | 77 | RULING granting 60 Motion to Dismiss. Signed by Judge Stefan R. Underhill on 7/15/10. (Sbalbi, B.) (Entered: 07/15/2010) |
| 07/15/2010 |  | JUDICIAL PROCEEDINGS SURVEY: The following link to the survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Upon entering the survey, all responses are completely anonymous.<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Lewis, D) (Entered: 07/16/2010) |
| 07/21/2010 | 78 | TRANSCRIPT of Proceedings held on 7/8/09 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. Type of Hearing: Motion Hearing. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.ctd.uscourts.gov. Redaction Request due 8/11/2010. Redacted Transcript Deadline set for 8/21/2010. Release of Transcript Restriction set for 10/19/2010. (Catucci, S.) (Entered: 07/21/2010) |
| 07/28/2010 | 79 | JUDGMENT entered in favor of General Elec Co, Jeffrey R. Immelt, Keith S. Sherin against Inter-Local Pension Fund GCC/IBT, Macomb County Employees' Retirement System, Thomas A. Coyne. For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms.html. Signed by Clerk on 7/28/10. (Sbalbi, B.) (Entered: 07/28/2010) |
| 08/27/2010 | 80 | NOTICE OF APPEAL as to 79 Judgment, 77 Order on Motion to Dismiss by Thomas A. Coyne, Inter-Local Pension Fund GCC/IBT, Macomb County Employees' Retirement System. Filing fee $ 455, receipt number B020192. |

| | | (Lewis, D) (Entered: 08/27/2010) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/20/2010 12:04:41 | | | |
| **PACER Login:** | rg3396 | **Client Code:** | 080198-00001/00365 |
| **Description:** | Docket Report | **Search Criteria:** | 3:08-cv-01135-SRU |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 20, 2010.

        s/ ANDREW J. BROWN
        ANDREW J. BROWN

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

        E-mail:andrewb@rgrdlaw.com

# Mailing Information for a Case 3:08-cv-01135-SRU

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew J. Brown**
  andrewb@rgrdlaw.com

- **Greg A. Danilow**
  greg.danilow@weil.com,mindy.wu@weil.com,MCO.ECF@weil.com,caitlyn.campbell@weil.com

- **Paul Dutka**
  Paul.Dutka@Weil.com,MCO.ECF@weil.com

- **John Higgins Kane**
  jkane@rc.com,randruss@rc.com

- **Patrick A. Klingman**
  pklingman@sfmslaw.com

- **Nancy A. Kulesa**
  nkulesa@izardnobel.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com

- **Brian O'MaraO.**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David Randell Scott**
  drscott@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com

- **Melissa Sullivan**
  msullivan@rc.com,cranges@rc.com

- **Nathan Zezula**
  nzezula@rc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`